1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

HARETHO OMAR,

10

Plaintiff,

11

v.

12

NANCY BERRYHILL,

13

Defendant.

14

CASE NO. C16-1807-JCC

ORDER

15    This matter comes before the Court on the parties' stipulated motion for attorney fees

16 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 15). Plaintiff

17 prevailed on an appeal of an agency action and is thus entitled to an award of attorney fees. (*See*

18 Dkt. Nos. 13, 14.) Accordingly, the Court GRANTS the parties' stipulated motion (Dkt. No. 15).

19 Pursuant to 28 U.S.C. § 2412(d), the Court AWARDS attorney fees in the amount of $5,876.87.

20    If the Department of the Treasury determines that Plaintiff's EAJA fees are not subject to

21 any offset allowed under the Department's Offset Program, then the check for attorney fees shall

22 be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of these

23 amounts to counsel. Regardless of any offset, the check shall be mailed to Christopher Dellert at

24 the following address: Dellert Baird Law Offices, PLLC, P.O. Box 97301, Lakewood, WA

25 98497.

26    //

DATED this 19th day of January 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE